# In the United States Court of Appeals for the Seventh Circuit

JYOTI GATAUM MURRAY, et al.,
*Plaintiffs-Appellants,*

v.

METRO FIBERNET, LLC.
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 3:24-cv-00131-MPB-CSW (The Hon. Matthew P. Brookman)

## DOCKETING STATEMENT OF PLAINTIFFS-APPELLANTS

Plaintiffs-Appellants, by their undersigned counsel, respectfully submit this Docketing Statement pursuant to Circuit Rule 3(c)(1).

## I. DISTRICT COURT JURISDICTION.

The United States District Court for the Southern District of Indiana had jurisdiction based on the Class Action Fairness Act of 2005, see 28 U.S.C. § 1332(d), because: (i) there were 100 or more class Members, (ii) there was an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there was minimal diversity—one of the named plaintiffs in this case is domiciled in, and therefore is a citizen of, the state of Minnesota while another is domiciled in, and therefore is a citizen of, the state of Kentucky, and the defendant

in this case has its principal place of business in Indiana and is incorporated in the state of Nevada.

## II.   APPELLATE COURT JURISDICTION.

This Court has jurisdiction pursuant to 28 U.S.C. § 1291. The district court granted the defendant's motion to dismiss the complaint in its entirety and entered final judgment in its favor on August 26, 2025. On September 23, 2025, the named plaintiffs filed a notice of appeal under Federal Rule of Appellate Procedure 4(A)(1)(A).

## III.   NO PRIOR OR RELATED APPELLATE PROCEEDINGS.

There have been no prior or related appellate proceedings in this case.

## IV.   ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1).

None of these parties to the litigation appears in an official capacity. This is a civil case that does not involve any criminal convictions. 28 U.S.C § 1915(g) is inapplicable. This case does not involve a collateral attack on a criminal conviction.

Dated: September 30, 2025                    Respectfully submitted,

*/s/ Sophia Gold*
SOPHIA GOLD
KALIELGOLD PLLC
490 43rd Street, No. 122
Oakland, California 94609
(202) 350-4783
*sgold@kalielgold.com*
*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF COMPLIANCE**

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because this brief contains 260 words excluding the parts of the brief exempted by Rule 32(f). This brief complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

September 30, 2025 _/s/ Sophia Gold_
Sophia Gold

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Sophia Gold*
SOPHIA GOLD