No. 25-2687

# In the United States Court of Appeals for the Seventh Circuit

JYOTI GAUTAM MURRAY, et al.,
*Plaintiffs-Appellants*,

v.

METRO FIBERNET, LLC,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 3:24-cv-00131-MPB-CSW (The Hon. Matthew P. Brookman)

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR LEAVE TO FILE UNDER SEAL**

The plaintiffs-appellants respectfully request a 7-day extension of time within which to file their reply to defendant-appellee's response to the motion for leave to file under seal, from February 17, 2026, to February 24, 2026. The undersigned counsel conferred with counsel for the defendant-appellee, and the defendant-appellee consents to this request. This is the plaintiffs-appellants' first motion for an extension of time on this motion. There is good cause for this request as follows:

The lead appellate counsel for the appellants in this case, Matthew W.H. Wessler and Thomas Scott-Railton, have several pressing obligations that have taken up and will continue to take up substantial time over the next week. These obligations

1

will make it difficult to properly prepare the brief absent the requested extension. Specifically, Mr. Wessler and Mr. Scott-Railton have the following deadlines over the next week:

- A hearing in the Los Angeles Superior Court in *In re Juul Labs cases*, No. JCCP5052, on February 11;

- A hearing in the U.S. District Court of New Jersey in *Roberts v. Unlock*, No. 24-cv-01374, on February 17;

- A hearing in the Los Angeles Superior Court in *In re Juul Labs cases*, No. JCCP5052, on February 18;

- An oral argument in the U.S. Court of Appeals for the 2nd Circuit in *Lowell v. Lyft, Inc.*, No. 24-2948, on February 20.

For the foregoing reasons, this motion for a 7-day extension of time to file the plaintiffs-appellants' reply should be granted.

> Respectfully submitted,
>
> */s/ Matthew W. H. Wessler*
> MATTHEW W.H. WESSLER
> THOMAS SCOTT-RAILTON
> GUPTA WESSLER LLP
> 2001 K Street NW, Suite 850 North
> Washington, DC 20006
> (202) 888-1741
> *matt@guptawessler.com*
>
> *Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 239 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

February 11, 2026                    */s/ Matthew W.H. Wessler*
                                            Matthew W.H. Wessler

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler
